FILED
CLERK, U.S. DISTRICT COURT

MAY 30 2019

CENTRAL DISTRICT OF CALIFORNIA
BY AF DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LUIS EDUARDO VALDOVINOS-SOBERANIS,<br><br>Defendant. | Case No. 19-2292M<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)(1)] |

I.

On May 30, 2019, Defendant made his initial appearance on the petition for revocation of supervised release and warrant for arrest issued on April 8, 2019 in the Southern District of California. Deputy Federal Public Defender Kim Savo was appointed to represent Defendant.

II.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that :

A. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

☒ allegations in the petition, unknown background information and bail resources;

B. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

☒ allegations in the petition,

### III.

IT IS THEREFORE ORDERED that the defendant is remanded to the custody of the U.S. Marshal to be transported to the Southern District of California for further proceedings in this matter.

Dated: May 30, 2019

/s/
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE